**UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY**

IN RE:                                                                                    CASE NUMBER: 20-32655

CHAPTER 13

Debtor(s) Christina Caputo

**AMENDMENT TO SCHEDULES AND/ OR MATRIX**

**CHECK THE APPLICABLE BOXES BELOW:**

☐ Amendment to Petition:
☐ Name ☐ Address ☐ Alias ☐ Social Security Number
☐ Statement of Financial Affairs
☐ Statement of Intention
☐ Schedule A/B
☐ Schedule C
☐ Schedule D or Schedule E/F
   **x** Add/Delete creditors or change amount or classification of debt - Fee Required, or
   ☐ Change address of a creditor listed on the schedules - No Fee Required
☐ Schedule G
☐ Schedule H
☐ Schedule I
☐ Schedule J
☐ Other Document Included with Schedules, e.g., Disclosure of Compensation of Attorney

Additional Details of Amendment (attach separate page if needed):

AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this document and any attached schedules or documents, and that they are true and correct to the best of my knowledge, information and belief.

DATE: November 12, 2020                                          /s/Christina Caputo
                                                                                        Christina Caputo

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                                          )
                                                                )
CHRISTINA CAPUTO                                                )      CASE NO: 20-32655
                                                                )       CHAPTER 13
                                                                )
DEBTOR(S)_____)


**CORRECTION TO SCHEDULES D, E/F,AND/OR THE CREDITORS MATRIX**

**ADDED TO SCHEDULE E/F**

Fifth Third Bank                                                $7,381.00
Bankruptcy Dept RSCB3E
1830 E. Paris Ave. SE
Grand Rapids MI 49546-0000

Fifth Third Bank                                                UNKNOWN
5050 Kingsley Dr.
Cincinnati OH 45263-0000

**If the amendment lists you as a creditor, please refer to Fed.R.Bank.P.3002 for required procedures and time frames for filing a proof of claim.**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**WESTERN DISTRICT OF KENTUCKY**

                                              **CASE NO:20-32655**
                                              **CHAPTER 13**

**Debtor(s) Christina Caputo**

**CERTIFICATE OF SERVICE AND**
**NOTICE OF AMENDMENT TO SCHEDULES AND/OR MATRIX**

   I hereby certify that on November 12, 2020, a copy of the attached Amendment to Schedules and, if required, a copy of the Official Form 309- Notice of Bankruptcy Case and the Chapter 13 Plan was served upon the following by U.S. Mail:

**Fifth Third Bank**                                       **$7,381.00**
**Bankruptcy Dept RSCB3E**
**1830 E. Paris Ave. SE**
**Grand Rapids MI 49546-0000**

**Fifth Third Bank**                                         **UNKNOWN**
**5050 Kingsley Dr.**
**Cincinnati OH 45263-0000**

And was served electronically on November 12, 2020, upon the following:

William W. Lawrence
300 Republic Plaza
200 South Seventh Street
Louisville, Kentucky  40202

Office of the US Trustee
601 West Broadway #512
Louisville, Kentucky  40202

                                              /s/Richard A. Schwartz
                                              Richard A. Schwartz